08CV4374
JUDGE LEFKOW
MAG. JUDGE COX

J.N

FILED
AUG X 1 2008
AUG 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PRO SE LITIGANTS
NORTHERN DISTRICT OF ILLINOIS

CH

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: MARGARET L NELSON
(Please print)

STREET ADDRESS: 2128 Rugen Rd Unit A

CITY/STATE/ZIP: Glenview IL 60026

PHONE NUMBER: (847) 372-3374

CASE NUMBER: _____

_Margaret L N/_____
Signature

8-1-08
7-15-08
Date